IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER D. ST. CLAIR,

        Plaintiff,                  No. CIV-S-05-0359 LKK GGH PS

    vs.

UNITED STATES AIR FORCE, et al.,

        Defendants.           ORDER TO SHOW CAUSE

_____/

        Plaintiff was ordered on February 25, 2005 to submit a joint status report within forty-five (45) days after defendants answer.  Defendants have been served, and filed an answer on August 12, 2005.  Plaintiff has not filed a joint status report or other response to the court's orders.

        Accordingly, IT IS HEREBY ORDERED that:

        Plaintiff shall show cause, in writing, within ten days from the date of this order, why a joint status report has not been filed.  Failure <u>timely</u> to file the required writing may result in a recommendation that the case be dismissed.

DATED: 11/3/05

                                    /s/ Gregory G. Hollows

                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:076
StClair359.osc.wpd