IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER D. ST. CLAIR,

     Plaintiff,                   No. CIV. S-05-0359 LKK GGH PS

    vs.

UNITED STATES AIR FORCE,

     Defendant.                ORDER

_____/

        Plaintiff, proceeding pro se, has filed a motion for change of venue.[1] Plaintiff resides in Texas. The alleged violations took place at Beale Air Force Base. Defendants have filed a statement of non-opposition to the motion, and according to plaintiff, many of their witnesses and attorneys do not reside in California, but in Washington, D.C. Plaintiff's residence is in the Northern District of Texas. While venue in this action may be proper in this district, in light of plaintiff's residence, it appears that this action should be transferred to the United States District Court for the Northern District of Texas. See 28 U.S.C. §§ 1391(e);1404(a).

        IT IS THEREFORE ORDERED that:

---

[1] Plaintiff also filed a notice of clerical error, pointing out that the court did not have her correct address; however, it now appears that her address has been corrected and plaintiff has been served with all pertinent documents.

1

1. This court has not ruled on defendants' motion for judgment on the pleadings which is vacated from this court's calendar for April 13, 2006; and

2. This action is transferred to the United States District Court for the Northern District of Texas.

DATED:  4/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/076
StClair359.ven.wpd